Alfred Wayne FINNELL,
Plaintiff–Appellant,

v.

Commonwealth of VIRGINIA; Juvenile & Domestic Relations Court, Nineteenth Judicial District, Fairfax County, Virginia, Defendants–Appellees.

No. 02–7119.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Alfred Wayne Finnell, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Alfred Wayne Finnell appeals the district court's order summarily dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and the district court's opinion and find no reversible error. Insofar as Finnell is attempting to challenge his federal conviction, we find it barred by the rule announced in *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We also find the action barred by the statute of limitations. *Wilson v. Garcia,* 471 U.S. 261, 105 S.Ct. 1938, 85 L.Ed.2d 254 (1985). Accordingly,

we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*